IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JORGE CABEZA** | * | |
| **ROSA VIRGINIA CABEZA** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Case No.:  1:13-cv-3511 WDQ |
| | * | |
| **RICHEY LAW & ASSOCIATES d/b/a** | * | |
| **RICHEY REAL ESTATE LAW FIRM,** | * | |
| **MIA RICHEY a/k/a MICHELE** | * | |
| **SUSAN RHEINTGEN** | * | |
| | * | |
| Defendants | * | |

*************************************************************************

### AFFIDAVIT OF SERVICE OF PROCESS UPON DEFENDANT
### RICHEY LAW & ASSOCIATES d/b/a RICHEY REAL ESTATE LAW FIRM

I, Joanne Gardner, affiant, state the following based upon my personal knowledge:

1. I am a competent person over eighteen years of age and not a party to this action.

2. I caused Defendant Richey Law & Associates, d/b/a Richey Real Estate Law Firm, by and through the State of Maryland Department of Assessments and Taxation, 301 West Preston Street, Room 801, Baltimore, Maryland 21201 to be served with the below listed pleadings and documents on December 3, 2013 at 12:45 P.M. The documents served include:

    a.  Writ of Summons to Richey Law & Associates, d/b/a Richey Real Estate Law Firm in the above-captioned case;

    b.  A copy of the Complaint filed in this action by Plaintiffs Jorge Cabeza and Rosa Virginia Cabeza against Richey Law & Associates, d/b/a Richey Real Estate Law Firm, *et al.*

3. Service was completed by the State of Maryland Department of Assessments and Taxation. Attached hereto as Exhibit 1 is a true and correct copy of the Letter of Confirmation

from the State of Maryland Department of Assessments and Taxation, demonstrating service upon Defendant, Richey Law & Associates, d/b/a Richey Real Estate Law Firm.

    I HEREBY SWEAR AND AFFIRM, UNDER THE PENALTIES OF PERJURY, THAT THE FOREGOING MATTERS AND FACTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

January 10, 2014

Printed Name: Joanne Gardner
5500 Buckeystown Pike
Frederick, MD 21703
(301)620-1016

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of this document was served by first class postal mail on this 10th day of January 2013 to:

Mia Richey
4094 Penninsula Drive
Carlsbad, CA 92010

Richey Law & Associates
d/b/a Richey Real Estate Law Firm
8901 Irvine Center Drive, Suite 900
Irvine, CA 92618

*Defendants*

Phillip R. Robinson

**State of Maryland**
**Department of Assessments and Taxation**
Charter Division

Martin O'Malley
*Governor*

Robert E. Young
*Director*

Paul B. Anderson
*Administrator*

Date: 12/11/2013

LEGG LAW FIRM, LLC
JORGE CABEZA
5500 BUCKEYSTOWN PIKE
FREDERICK MD 21703-8331

THIS LETTER IS TO CONFIRM ACCEPTANCE OF THE FOLLOWING FILING:
PLAINTIFF NAME      : JORGE CABEZA
TYPE OF REQUEST     : SERVICE OF PROCESS
DATE RECEIVED       : 12/03/2013
TIME RECEIVED       : 12:45 P.M.
RECORDING FEE       : 0050
SOP NUMBER          : 00024415
CUSTOMER ID.        : 0003014517
WORK ORDER NUMBER   : 0004231097

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK ORDER NUMBER ON ANY INQUIRIES.

Charter Division
Baltimore Metro Area (410) 767-1350
Outside Metro Area (888) 246-5941

301 West Preston Street-Room 801-Baltimore, Maryland 21201-2395
Telephone (410)767-4950 / Toll free in Maryland (888)246-5941
MRS (Maryland Relay Service) (800)735-2258 TT/Voice- Fax (410)333-7097
Website: www.dat.state.md.us



EXHIBIT 1

0008646365

CACCPT

```
PLAINTIFF NAME      : JORGE CABEZA
DATE FORWARDED      : 12/13/2013
CASE NUMBER         : WDQ-13-3511
DEFENDANT(S)     1. RICHEY LAW & ASSOCIATES
                    8901 IRVINE CENTER DRIVE, SUITE 900
                    IRVINE CA 92618
```